# ORIGINAL

1   Jason S. Hartley CA Bar No. 192514
    ROSS, DIXON & BELL, LLP
2   550 West B Street, Suite 400
    San Diego, California 92101
3   Email: jhartley@rdblaw.com
    Tel:    619-235-4040
4   Fax:    619-231-8796

5   George A. Hanson MO Bar # 43450
    (pro hac forthcoming)
6   Matthew L. Dameron MO Bar # 52093
    (pro hac forthcoming)
7   STUEVE SIEGEL HANSON LLP
    460 Nichols Road, Suite 200
8   Kansas City, Missouri 64112
    Tel:    816-714-7100
9   Fax:    816-714-7101

10  Bradford B. Lear MO Bar # 53204
    (pro hac forthcoming)
11  Todd C. Werts MO Bar # 53288
    (pro hac forthcoming)
12  LEAR & WERTS LLP
    910 E. Broadway, Ste. 202
13  Columbia, Missouri 65201
    Tel:    573-875-1991
14  Fax:    573-875-1985

15          IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
16

17  EDUARDO CHAVEZ and LYNDA DREISBACH,          Case No. 07 CV 1932 L (NLS)
    individually, and on behalf of a class of others
18  similarly situated,

19                          Plaintiffs,
    v.                                                   COMPLAINT
20
    WIS HOLDINGS CORP, a Delaware corporation,
21                                                       CLASS AND COLLECTIVE
    and                                                  ACTION
22
    WASHINGTON INVENTORY SERVICE, d/b/a
23  WIS INTERNATIONAL, a California corporation,         JURY TRIAL DEMANDED

24
                            Defendants.
25

26          Plaintiffs Eduardo Chavez and Lynda Dreisbach, individually and on behalf of all others

27  similarly situated, by and through their counsel, for their Complaint against WIS Holdings Corp and

28

1  Washington Inventory Service, doing business as WIS International (collectively "WIS" or

2  "Defendants") hereby state and allege as follows:

3       1.     WIS provides inventory counting services to retail companies throughout the United

4  States.  WIS's policy and practice is to deny earned wages and overtime pay to its Inventory

5  Associates employed in the United States (hereafter – and excluding Inventory Associates employed

6  outside the United States – referred to as "IAs").  WIS's deliberate failure to pay employees their

7  earned wages and overtime compensation violates the federal Fair Labor Standards Act ("FLSA")

8  and California state law.

9       2.     Plaintiffs are current and former IAs who have worked for WIS in the San Diego

10  region and elsewhere.  This lawsuit is brought as a collective action under the FLSA and as a class

11  action under California state law to recover unpaid wages owed to Plaintiffs and all other similarly

12  situated employees.

13  **PARTIES, JURISDICTION AND VENUE**

14       3.     WIS Holdings Corp is a Delaware corporation with its principal place of business in

15  San Diego, California.  WIS Holdings Corp does business in the State of California and nationwide.

16  WIS Holdings Corp's United States headquarters is located at 9265 Sky Park Court, San Diego,

17  California.

18       4.     Washington Inventory Service is a California corporation with its principal place of

19  business in San Diego, California.  Washington Inventory Service, doing business as WIS

20  International does business in the State of California and nationwide.  Washington Inventory

21  Service's United States headquarters is located at 9265 Sky Park Court, San Diego, California.

22       5.     Class Representative Plaintiff Eduardo Chavez is an IA and works for WIS in the San

23  Diego region and elsewhere during the relevant time.  He is a resident of San Ysidro, California.

24  Class Representative Plaintiff Lynda Dreisbach is a former IA who also worked in the San Diego

25  region and elsewhere.  She is a resident of San Diego, California.  Plaintiffs' Consents to Become a

26  Party Plaintiff pursuant to 29 U.S.C. § 216(b) are attached hereto as Exhibit A.

27

28

6.     In addition to the Class Representative Plaintiffs, current and former IAs employed by WIS have joined this action ("Opt-In Plaintiffs").  Opt-In Plaintiffs are Jenny Allen, Evangelina Alvarez, Mona Appelhans, Maria Ayala-Torres, Sandra Barajas, Selena Bernas, Kathy Caldwell, Stephen Casares, Tina Casares, Tanee Chappell, Dean Clarino, Monica Cobian, Christina Cronin, Vincent Cronin, Larry Dewane, Janis Dowdle, Lynda Dreisbach, Daniel Fuller, Kathleen Galloway, Azalia Garcia, Merrilyn Guerrero, Wanda Hasson, Roy Hayes, Nathaniel Heard, Linda Henshaw, Becky Ibbotson, Tammy Ikonen, Sharon Insana, Judith James, Kelly Jeckel, Kimberly Johnson, Susan Johnson, Roger Knepher, Cathi Laughlin, Nancy Lawler, Ralph Martinez, Rosalie Martinez, Tammy Marvin, Brigitte McFee, Toni Medina, Tammy Miles-Perez, James Moore, Michele Moore, Frank Neese, Hazel Noll, Rosa Orozco, Mary Pereira, Craig Purser, Sedelia Quintero, Joanne Ravanelli, Maria Rivera, Kate Serra, Kathy Shears, Holly Short, Abbie Shryers, Glen Shryers, Roger Shryers, Johanna Suennen, Bernard Tate, Armida Taylor, Jose Tejeda, Oscar Vasquez, Patricia Vasquez, Stacy Walters, Dale Wilbur, and Debra Wright.  Opt-In Plaintiffs' Consents to Become a Party Plaintiff pursuant to 29 U.S.C. § 216(b) are attached hereto as Exhibit B.

7.     The FLSA authorizes court actions by private parties to recover damages for violation of the FLSA's wage and hour provisions.  Jurisdiction over Plaintiffs' FLSA claims is based upon 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

8.     Under 28 U.S.C. § 1367, this Court has jurisdiction over Plaintiffs' state law claims because the state claims are so related to the FLSA claims that they form part of the same case or controversy.  Additionally, jurisdiction over Plaintiffs' state law claims is based upon the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d)(2)(A), because the parties are diverse and the amount in controversy exceeds $5,000,000, exclusive of interest and costs.

9.     Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) and (c), because WIS conducts business in this district.

## GENERAL ALLEGATIONS

10.     WIS International is an International Inventory/Data Collection and Merchandising Services provider company which was created April 30, 2005.  WIS International was created from

1   the merging of two inventory businesses:   (1) Western Inventory Service – Canada's largest

2   Inventory Service – founded in 1967, and (2) Washington Inventory Service – founded in 1953 and

3   the second largest Inventory Service worldwide.

4        11.    WIS contracts with retail stores to count the stores' inventory.  WIS currently employs

5   approximately 13,000 IAs in the United States.  Prior to the merger on April 30, 2005, Washington

6   Inventory Service employed approximately 12,750 IAs in the United States.

7        12.    All IAs share a common job description.  The principal job duty of IAs is to travel to

8   retail stores and perform physical inventories.

9        13.    WIS pays IAs by the hour and classifies them as "non-exempt" employees who are

10   entitled to overtime compensation when they work overtime as defined by applicable federal and

11   state law.

12        14.    IAs rarely work at the same store two days in a row and they often work at stores that

13   are not within close range of their homes.  For example, it was not uncommon for Plaintiffs to travel

14   to retail stores in states other than California and work at several different stores within one week.

15        15.    As a general rule, if a job site was within a one-hour drive or 60 miles of WIS's

16   designated office, Plaintiffs were expected to transport themselves to the job site.  If a job site was

17   more than a one-hour drive or 60 miles from WIS's designated office, Plaintiffs traveled to the job

18   site with a team of fellow IAs and a supervisor in a WIS-provided vehicle.

19        16.    On days when Plaintiffs traveled to the job site in a WIS-provided vehicle, Plaintiffs

20   would drive from their home to a meeting site.  They left their personal vehicles at the meeting site

21   while they and other IAs traveled to the job site in WIS-provided vehicles.

22        17.    WIS does not compensate IAs for the first hour they are traveling in the WIS-provided

23   vehicle to the job site.  After IAs have been in the WIS-provided vehicle for one hour, WIS begins

24   compensating IAs for their travel time.

25        18.    IAs are required to arrive at the job site at least fifteen minutes before the inventory

26   count is scheduled to begin.

27

28

647150 v1                         4                      CASE NO. _____

19.    When IAs travel together in a WIS-provided vehicle, they often arrive in advance of the fifteen minute deadline, sometimes as much as an hour or more in advance of the scheduled start of the inventory count.

20.    During the time IAs are at the store before the inventory is scheduled to begin, they are required to engage in a number of work-related tasks including unloading equipment (e.g. computers, printers, and ladders) from the WIS-provided vehicle and setting up the equipment inside the store.

21.    During the time IAs are at the store before the inventory is scheduled to begin, IAs also unload and don essential work gear, including a handheld scanner and a keypad that rests on their leg.  After donning the equipment, IAs boot up the operating systems for those computers and prepare to begin counting inventory.

22.    Before they start counting the store, IAs sometimes are required to attend a pre-shift meeting called a "crew briefing."  IAs are required to be ready to begin counting the store when the crew briefing begins.

23.    WIS begins paying IAs at the start of the crew briefing (or when the inventory counting begins if no meeting is held), but WIS does not pay IAs for work performed during the time period prior to the start of the crew briefing when IAs unload equipment and don their work gear.

24.    WIS's policy is to pay crew briefing time (coded as "Y" time) at minimum wage and to pay counting time (coded as "C" time) at a higher hourly rate.  IAs are instructed to begin counting inventory as soon as the crew briefing is concluded or immediately if no crew briefing occurs.

25.    The crew briefing is automatically designated in WIS time records to last 12 minutes, but in reality the crew briefing often takes much less time – typically 1-2 minutes – and crew briefings are often skipped altogether.  Regardless of the actual length of the crew briefing, the IAs are automatically paid a pre-determined 12 minutes of minimum wage.  This is true even if the IAs are counting during all or part of that crew briefing.

26.    When they finish counting the store's inventory, the IAs download the information contained in their handheld scanner and keypad into a computer used by the WIS supervisor.  This

1   process is typically conducted at the front of the store being counted.  At the point an IA downloads

2   his/her information into the supervisor's computer, he/she is considered off the clock for payroll

3   purposes.

4       27.   Once off the clock, the IAs must then turn off their machines, doff their work gear,

5   and return and repack the work gear into its designated case.  The cases where gear must be returned

6   and repacked are typically located at the back of the store being counted, usually in a stock room or

7   other work room.  In the case of large stores, it can take as long as 5 to 10 minutes to walk from the

8   area where IAs must download their information to the area where the gear must be returned and then

9   to the exit of the store.

10       28.   At the end of the workday, the supervisor for the IA team conducts the supervisor's

11   end-of-day work, which is commonly referred to as the "wrap-up."  During the wrap-up, the WIS

12   supervisor performs various tasks required by WIS, including verifying the work performed by IAs

13   during the day, completing paperwork, inputting the IAs' work time for payroll purposes, and

14   printing and submitting voluminous reports to WIS headquarters and management personnel of the

15   client store.

16       29.   When a crew has traveled to a job site in a WIS-provided vehicle, the IAs are required

17   to wait while their supervisor conducts the wrap-up.  The supervisor will sometimes require IAs to re-

18   count a section of the store or perform other work that becomes necessary as a result of problems

19   identified during the wrap-up.

20       30.   These IAs are unable to leave the store and return home until the supervisor completes

21   the end-of-day work because IAs may be called upon for additional assistance.  In addition, these IAs

22   cannot leave because their sole means of transportation is the WIS-provided vehicle.

23       31.   When the supervisor completes the wrap-up work, these IAs then load the equipment

24   back into the WIS-provided vehicle and return to the meeting site where the IAs left their personal

25   vehicles at the start of their shift.

26       32.   WIS does not compensate IAs while they wait for the supervisor to perform the

27   supervisor's wrap-up.  IAs often wait in excess of an hour while the supervisor completes the wrap-

28

1   up.  WIS also does not compensate IAs for the time spent doffing, repacking, and reloading their
2   equipment.

3       33.     WIS does not compensate IAs for the last hour of their return trip to the meeting site.
4   Thus, if IAs ride in a WIS-provided vehicle from the store back to the meeting site, they are not
5   compensated for the last hour of riding in the vehicle.

6       34.     Prior to at least October of 2006, WIS also did not compensate IAs for travel time
7   between different job sites within the same workday.

8       35.     Due to the demands and time-constraints of the inventory counting process, IAs
9   working in California were regularly denied their meal and rest periods as required by state law.
10  Even when breaks were permitted, they were often cut short of the required full 30-minute meal
11  periods and 10-minute rest periods or they were not provided at the times designated by California
12  law.

13      36.     WIS's written policy is to pay a minimum of two hours reporting time pay (called
14  "show up pay") at the employee's regular rate of pay in the event an employee reports for work but is
15  dismissed because there is no work available.  In practice, WIS regularly failed to pay IAs the
16  required "show-up pay" when an IA reported for work but then was dismissed.

17      37.     The scheduling and time-keeping system employed by WIS currently and for the last
18  several years is known as WISE (an acronym for "WIS Inventory Scheduling Environment").  WIS
19  uses the WISE system to record and pay time worked by IAs.  WIS pays IAs at different hourly rates
20  depending on the task being performed.  For example, WIS pays travel and crew briefing time at
21  minimum wage, but counting time is paid at a higher hourly rate.  When IAs work overtime,
22  however, WIS fails to properly take into account the full weighted average of an IAs regular rate of
23  pay, and instead improperly pays overtime based on the rate attributable to the task being performed
24  when overtime is worked.  The net effect of the WISE system is that all IAs were and are
25  systematically underpaid because their overtime has been calculated and paid at a rate lower than the
26  their full hourly rate.

27

28

647150 v1                              7                        CASE NO. _____

38.     WIS has been aware for years that the WISE system improperly calculates overtime, but has done nothing to correct the problem or to identify and compensate those IAs WIS admits to having underpaid.   WIS has systematically failed to pay final wages due and owing to all IAs working in California and elsewhere whose employment has terminated since the WISE system has been in place.

39.     The cumulative effect of all these unlawful policies and practices emanating from Defendants' corporate headquarters in California and instituted and approved by company managers is that WIS willfully fails to pay IAs earned compensation, including overtime, and willfully fails to keep accurate time records in order to save payroll costs.   WIS enjoys ill-gained profits at the expense of its hourly employees.

## COLLECTIVE AND CLASS ALLEGATIONS

40.     Class Representative Plaintiffs Chavez and Dreisbach bring Count I, the FLSA claim, as a nationwide "opt-in" collective action pursuant to 29 U.S.C. § 216(b), on behalf of themselves and as the Named Plaintiffs of the following persons:

> all current and former employees of WIS who have worked as an Inventory Associate in the United States at any time during the last three years.

41.     Class Representative Plaintiffs Chavez and Dreisbach bring Count II (violation of California Business & Professions Code §§ 17200, *et seq.*) as a class action pursuant to Fed. R. Civ. P. 23, on behalf of themselves and as the Class Representatives of the following persons:

> all current and former employees of WIS who have worked as an inventory associate in the United States at any time during the last four years.

42.     Class Representative Plaintiffs Chavez and Dreisbach bring Counts III, IV, and V (the unpaid straight-time wages, unpaid overtime wages, and meal and rest period claims, respectively) as a class action pursuant to Fed. R. Civ. P. 23, on behalf of themselves and as the Class Representatives of the following persons:

> all current and former employees of WIS who have worked as an Inventory Associate in the State of California within the last three years.

647150 v1

8

CASE NO. _____

43.     Class Representative Plaintiff Dreisbach brings Count VI (the failure to pay compensation due and owing at the time of termination claim) as a class action pursuant to Fed. R. Civ. P. 23, on behalf of herself and as the Class Representative of the following persons:

> all former employees of WIS who have worked as an Inventory Associate in the State of California within the last three years.

44.     Class Representative Plaintiffs Chavez and Dreisbach bring Count VII (the quantum meruit claim) as a class action pursuant to Fed. R. Civ. P. 23, on behalf of themselves and as the Class Representatives of the following persons:

> all current and former employees of WIS who have worked as an inventory associate in the State of California within the last two years.

45.     The FLSA claim may be pursued by those who opt-in to this case, pursuant to 29 U.S.C. § 216(b).

46.     The state law claims, if certified for class wide treatment, may be pursued by all similarly-situated persons who do not opt-out of the class.

47.     Plaintiffs, individually and on behalf of other similarly situated employees, seek relief on a collective basis challenging, among other FLSA violations, WIS's practice of failing to accurately record all hours worked, failing to pay employees for all hours worked, including overtime compensation, and failing to properly calculate and pay overtime compensation that was recorded. The number and identity of other plaintiffs yet to opt-in and consent to be party plaintiffs may be determined from the records of WIS, and potential class members may easily and quickly be notified of the pendency of this action.

48.     Plaintiffs' state law claims satisfy the numerosity, commonality, typicality, adequacy and superiority requirements of a class action pursuant to Fed. R. Civ. P. 23.

49.     The class satisfies the numerosity standards.  The class is believed to number in the many thousands of persons.  As a result, joinder of all class members in a single action is impracticable.  Class members may be informed of the pendency of this class action through direct mail.

50.    There are questions of fact and law common to the class that predominate over any questions affecting only individual members. The questions of law and fact common to the class arising from WIS's actions include, without limitation, the following:

    (i)    Whether WIS was unjustly enriched by failing to pay its employees the straight-time and overtime wages due and owing to them;

    (ii)    Whether WIS failed to provide adequate meal and rest periods;

    (iii)    Whether WIS failed to pay all compensation due and owing at termination of employment;

    (iv)    Whether WIS failed to properly calculate and pay overtime in accordance with federal and state law; and

    (v)    Whether WIS's conduct constituted a violation of the California Business and Professions Code §§ 17200, *et seq.*

51.    The questions set forth above predominate over any questions affecting only individual persons, and a class action is superior with respect to considerations of consistency, economy, efficiency, fairness, and equity to other available methods for the fair and efficient adjudication of the state law claims.

52.    Class Representative Plaintiffs' claims are typical of those of the class, in that class members have been employed in the same or similar positions as Class Representative Plaintiffs and were subject to the same or similar unlawful practices as Class Representative Plaintiffs.

53.    A class action is the appropriate method for the fair and efficient adjudication of this controversy. WIS has acted or refused to act on grounds generally applicable to the class. The presentation of separate actions by individual class members could create a risk of inconsistent and varying adjudications, establish incompatible standards of conduct for WIS, and/or substantially impair or impede the ability of class members to protect their interests.

54.    Class Representative Plaintiffs are adequate representatives of the class because they are members of the class and their interests do not conflict with the interests of the members of the class they seek to represent. The interests of the members of the class will be fairly and adequately protected by Class Representative Plaintiffs and their undersigned counsel, who have extensive experience prosecuting complex wage and hour, employment and class action litigation.

55.     Maintenance of this action as a class action is a fair and efficient method for adjudication of this controversy.  It would be impracticable and undesirable for each member of the class who suffered harm to bring a separate action.  In addition, the maintenance of separate actions would place a substantial and unnecessary burden on the courts and could result in inconsistent adjudications, while a single class action can determine, with judicial economy, the rights of all class members.

56.     The following individuals are excluded from the class definitions delineated above: Tanya Harden, Kenneth Webb, Kristina Wilson, Brandi Allen, and Brian Chandler.  These individuals are former employees of WIS who are pursuing their claims on an individual basis in a separate action.

## COUNT I
## Violation of the Fair Labor Standards Act of 1938

### (Brought Against WIS by Class Representative Plaintiffs Individually and on Behalf of All Others Similarly Situated)

57.     Plaintiffs reassert and re-allege the allegations set forth in paragraphs 1 - 56.

58.     At all times material herein, Plaintiffs have been entitled to the rights, protections, and benefits provided under the FLSA, 29 U.S.C. §§ 201, *et seq.*

59.     The FLSA regulates, among other things, the payment of overtime pay by employers whose employees are engaged in interstate commerce, or engaged in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce.  29 U.S.C. § 207(a)(1).

60.     WIS is subject to the overtime pay requirements of the FLSA because it is an enterprise engaged in interstate commerce and its employees are engaged in commerce.

61.     WIS violated the FLSA by failing to pay and properly calculate overtime.  In the course of perpetrating these unlawful practices, WIS has also willfully failed to keep accurate records of all hours worked by its employees.

62.     Section 13 of the FLSA, codified at 29 U.S.C. § 213, exempts certain categories of employees from overtime pay obligations.  None of the FLSA exemptions apply to Plaintiffs or IAs.

63.     Plaintiffs and all similarly-situated employees are victims of a uniform and company-wide compensation policy.  Upon information and belief, WIS is applying this uniform policy to all IAs employed nationwide during the last three years.

64.     Plaintiffs and all similarly-situated employees are entitled to damages equal to the mandated overtime premium pay within the three years preceding the filing of this Complaint, plus periods of equitable tolling, because WIS acted willfully and knew, or showed reckless disregard of whether, its conduct was prohibited by the FLSA.

65.     WIS has acted neither in good faith nor with reasonable grounds to believe that its actions and omissions were not a violation of the FLSA, and as a result thereof, Plaintiffs and other similarly situated employees are entitled to recover an award of liquidated damages in an amount equal to the amount of unpaid overtime pay described pursuant to Section 16(b) of the FLSA, codified at 29 U.S.C. § 216(b).  Alternatively, should the Court find WIS did act with good faith and reasonable grounds in failing to pay overtime pay, Plaintiffs and all similarly-situated employees are entitled to an award of prejudgment interest at the applicable legal rate.

66.     As a result of the aforesaid willful violations of the FLSA's overtime pay provisions, overtime compensation has been unlawfully withheld by WIS from Plaintiffs and all similarly-situated employees.  Accordingly, WIS is liable for compensatory damages pursuant to 29 U.S.C. § 216(b), together with an additional amount as liquidated damages, pre-judgment and post-judgment interest, reasonable attorneys' fees, and costs of this action.

**COUNT II**
**Violation of the California Business and Professions Code §§ 17200, _et seq._**

**(Brought Against WIS by Class Representative Plaintiffs Individually and on Behalf of All Others Similarly Situated)**

67.     Plaintiffs reassert and re-allege the allegations set forth in paragraphs 1 - 66.

68.     WIS's actions, including but not limited to the failure to maintain accurate employee time records, the failure to pay wages earned, and the failure to pay overtime compensation, constitute fraudulent and/or unlawful and/or unfair business practices in violation of California Business and Professions Code §§ 17200, _et seq._ ("UCL").

69.    Beginning at an exact date unknown to Plaintiffs, but at least since four years prior to the filing date of this action, and as set forth above, WIS committed acts of unfair competition, as defined by Bus. & Prof. Code § 17200, by failing to adequately and properly compensate its employees for work performed on behalf of WIS.  These acts and practices violate the UCL in that:

a)    the above-described failure to pay wages owed to Plaintiffs and the Class constituted a fraudulent and/or deceptive business act or practice within the meaning of the UCL;

b)    the above-described failure to pay wages owed to Plaintiffs and the Class constituted an unlawful business practice under the UCL in that the failure violates the FLSA as described herein; and California Civil Code §1770(a)(5), which bars "[r]epresenting that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have ..."; and

c)    the harm of the above-described failure to pay wages owed to Plaintiffs and to the Class outweighs the utility of the practices by WIS and, consequently, constitutes an unfair business act or practice within the meaning of the UCL.

70.    Upon information and belief, WIS continues its fraudulent and/or unlawful and/or unfair conduct as previously described.  As a result of said conduct, WIS has fraudulently and/or unlawfully and/or unfairly obtained monies due to Plaintiffs and the Plaintiff Class and are unfairly competing in the marketplace.

71.    Plaintiffs and all individuals within the Plaintiff Class are entitled to restitution of monies due, as well as disgorgement of the ill-gotten gains obtained by WIS, for a period of four years predating the filing of this Complaint.

72.    As a direct and proximate result of WIS's conduct, Plaintiffs are entitled to a preliminary and permanent injunction enjoining WIS from continuing the fraudulent and/or unlawful and/or unfair practices described above, and to such other equitable relief as is appropriate under

1    California Business and Professions Code § 17203, including restitution as well as specific relief to

2    enforce the provisions of the California Labor Code and Fair Labor Standards Act pursuant to

3    Business and Professions Code § 17202.

4        73.     Plaintiffs are entitled to attorneys' fees and costs for promoting the interests of the

5    general public in causing WIS to cease its fraudulent and/or unlawful and/or unfair business

6    practices, in an amount according to proof, pursuant to California Code of Civil Procedure § 1021.5

7    and any other applicable law.

**COUNT III**
**Failure to Pay Straight-Time Wages in Violation of California State Law**

**(Brought Against WIS by Class Representative Plaintiffs Individually and**
**on Behalf of All Others Similarly Situated)**

       74.     Plaintiffs reassert and re-allege the allegations set forth in paragraphs 1 through 73.

       75.     Plaintiffs allege that WIS maintained a practice of paying employees without regard to

the number of hours actually worked. WIS's practice included requiring employees to work off the

clock without pay on a systematic and daily basis. In doing so, WIS inaccurately under-reported the

amount of time worked by Plaintiffs.

       76.     Because of WIS's failures as alleged herein, Plaintiffs did not receive compensation

for all hours actually worked for WIS. In addition, WIS failed to pay IAs at the agreed hourly rate.

       77.     WIS's respective failure to pay the correct amount of straight-time hourly wages

permits a civil suit to recover wages due to Plaintiffs under California Labor Code section 218, as

well as recovery of interest, reasonable attorneys' fees, and costs of suit under California Code

sections 218.5 and 218.6.

**COUNT IV**
**Failure to Pay Overtime Wages in Violation of California State Law**

**(Brought Against WIS by Class Representative Plaintiffs Individually and**
**on Behalf of All Others Similarly Situated)**

       78.     Plaintiffs reassert and re-allege the allegations set forth in paragraphs 1 through 77.

79.     Throughout the liability period, IWC Wage Order No. 4 (8 C.C.R. § 11040) and California Labor Code section 510 required the payment of overtime premium(s) for hours worked in excess of eight in a given workday, forty in a given workweek, or on the seventh day worked in a single workweek.  This premium increases to double-time for all hours worked over twelve in a single workday or eight on the seventh day worked in a single workweek.

80.     Plaintiffs often worked in excess of the maximum number of hours allowed by law without payment of the applicable overtime premiums.

81.     WIS failed to pay Plaintiffs the overtime required by California law, and failed to properly calculate recorded overtime in accordance with California law.

82.     WIS's failure to calculate and pay the correct amount of overtime violates IWC Wage Order No. 4 (8 C.C.R. § 11040) and California Labor Code §§ 510 and 1198.

83.     Because WIS failed to pay overtime as required by law, Plaintiffs are entitled under California Labor Code §§ 218.5 and 218.6 and 1194(a) to recover the unpaid overtime balance, interest thereon, reasonable attorneys' fees, and costs of suit.

## COUNT V
### Failure to Provide Rest and Meal Periods in Violation of California State Law

**(Brought Against WIS by Class Representative Plaintiffs Individually and on Behalf of All Others Similarly Situated)**

84.     Plaintiffs reassert and re-allege the allegations set forth in paragraphs 1 through 83.

85.     Plaintiffs regularly worked in excess of five hours per day without being afforded at least one half-hour meal period in which they were relieved of all duty, as required by California Labor Code §§ 226.7 and 512, and IWC Wage Order No. 4 (8 C.C.R. § 11040).

86.     Plaintiffs regularly worked in excess of ten hours per day without being afforded two half-hour meal periods in which they were relieved of all duty, as required by California Labor Code §§ 226.7 and 512, and IWC Wage Order No. 4 (8 C.C.R. § 11040).

87.     Plaintiffs regularly worked in excess of four hours per day without being afforded a ten-minute rest period.

647150 v1                                   15                        CASE NO. _____

88.     Plaintiffs regularly worked in excess of eight hours per day without being afforded either or both of the two ten-minute rest periods as required by California Labor Code §§ 226.7 and IWC Wage Order No. 4 (8 C.C.R. § 11040).

89.     Plaintiffs regularly worked shifts in excess of twelve hours per day without being afforded any or all of the three ten-minute periods as required by California Labor Code §§ 226.7 and IWC Wage Order No. 4 (8 C.C.R. § 11040).

90.     For each time that Plaintiffs were not provided the required rest and/or meal period, Plaintiffs are entitled to recover backpay wages in the amount of one additional hour of pay at the employee's regular rate of compensation pursuant to California Labor Code §§ 226.7 and IWC Wage Order No. 4 (8 C.C.R. § 11040).

91.     Plaintiffs are entitled to payment for backpay for each rest and/or meal period that WIS failed to provide during the Class Period.  Plaintiffs are also entitled to payment of their reasonable attorney's fees and costs of suit incurred in recovering the additional pay pursuant to California Labor Code § 218.5, and interest pursuant to California Labor Code § 218.6.

## COUNT VI
### Failure to Pay All Compensation Due and Owing at Termination in Violation of California State Law

**(Brought Against WIS by Class Representative Plaintiff Lynda Dreisbach Individually and on Behalf of All Others Similarly Situated)**

92.     Plaintiffs reassert and re-allege the allegations set forth in paragraphs 1 through 91.

93.     California Labor Code § 201 requires an employer who discharges an employee to pay compensation due and owing to said employee upon discharge.

94.     California Labor Code § 202 requires an employer to promptly pay compensation due and owing to a quitting employee within seventy-two hours of that employee's notice of resignation.

95.     California Labor Code § 203 provides that, if an employer willfully fails to pay compensation upon discharge or resignation, the wages of the employee shall continue for a period of up to thirty days.

96.     WIS has willfully failed to pay all compensation and wages due and owing to IAs who terminated their employment with WIS within seventy-two hours of the IA' notice of resignation. As a result, WIS is liable to former IAs for wages in an amount to be determined at trial.  Plaintiffs are also entitled to payment of their reasonable attorney's fees and costs of suit incurred in recovering the additional pay pursuant to California Labor Code § 218.5, and interest pursuant to California Labor Code § 218.6.

## COUNT VII
## Quantum Meruit

### (Brought Against WIS by Class Representative Plaintiffs Individually and on Behalf of All Others Similarly Situated)

97.     Plaintiffs reassert and re-allege the allegations set forth in paragraphs 1 through 96.

98.     From the time period between when IAs reported to a job site or designated meeting place until the IAs returned to their homes, they performed valuable services for WIS.

99.     In failing to adequately pay Plaintiffs and other IAs for their time at work pursuant to applicable law and/or WIS's own stated policies, WIS was unjustly enriched by Plaintiffs' uncompensated and/or under-compensated time.

100.    The reasonable value of Plaintiffs' and other IAs' uncompensated and/or under-compensated time is readily established by WIS's stated rates of pay in conjunction with applicable law for payment of minimum wage and overtime as well as the provision of rest breaks and meal breaks.

101.    As a result of WIS's failure to adequately pay Plaintiffs and other IAs, WIS is liable to its current and former IAs for the reasonable value of their unpaid services in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on their own behalf and on behalf of all others similarly situated, pray for relief as follows:

1.     An order certifying that Count I of the action may be maintained as a collective action pursuant to 29 U.S.C. § 216(b);

2.      An order certifying that Counts II-VII of the action may be maintained as a class action pursuant to Fed. R. Civ. P. 23.

3.      Compensatory and statutory damages, penalties and restitution, as appropriate and available under each cause of action, in an amount to be proven at trial based on, *inter alia*, the unpaid balance of compensation owed by WIS;

4.      Exemplary and punitive damages, as appropriate and available under each cause of action, pursuant to California Civil Code § 3294;

5.      An order enjoining WIS from pursuing the unlawful policies, acts and practices complained of herein;

6.      Attorneys' fees pursuant to *inter alia*, California Labor Code § 1194(a); the Labor Code Private Attorneys General Act of 2004; and pursuant to the Fair Labor Standards Act of 1938;

7.      Costs of this suit;

8.      Pre- and post-judgment interest; and

9.      Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby request a trial by jury of all issues triable by jury.

## DESIGNATION OF PLACE OF TRIAL

Plaintiffs designate San Diego, California as the place for trial.

**Dated:**      **October 2, 2007**           Respectfully submitted,

Jason S. Hartley CA Bar No. 192514
ROSS, DIXON & BELL, LLP
550 West B Street, Suite 400
San Diego, California 92101
Email: jhartley@rdblaw.com
Tel:    619-235-4040
Fax:    619-231-8796

[Additional Counsel Signature on Next Page]

///

///

George A. Hanson MO Bar # 43450
(*pro hac forthcoming*)
Matthew L. Dameron MO Bar # 52093
(*pro hac forthcoming*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

Bradford B. Lear MO Bar # 53204
(*pro hac forthcoming*)
Todd C. Werts MO Bar # 53288
(*pro hac forthcoming*)
LEAR & WERTS LLP
910 E. Broadway, Ste. 202
Columbia, Missouri 65201
Tel:   573-875-1991
Fax:   573-875-1985

**ATTORNEYS FOR PLAINTIFFS**

Exhibit A

# EXHIBIT A

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)


    **I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.


Date: 8/30/07

_Lynda Dreisbach_

**Printed Name: Lynda Dreisbach**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.


Date:___8|30|07___       _____

**Printed Name: Eduardo Chavez**

WIS

Exhibit B

# EXHIBIT B

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9·1·07

Printed Name: Jenny Allen

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30/07

Printed Name: EVANGELINA ALVAREZ

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _8/25/07_                    _Mona L Appelhans_

**Printed Name: Mona Appelhans**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

     **I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30/07

Printed Name: MARIA BRACA

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 30/5/07

Printed Name: Sandra Barajas

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    **I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: *Aug 20, 2007*

Printed Name: **Selena Bernas**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9/11/07

Printed Name: Kathy Caldwell

WIS

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8-23-07

Printed Name: Stephen Casares

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8 - 21 - 07

**Printed Name: Tina Casares**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.   By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.   For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30/07

Janee Chappell

Printed Name: Tanee Chappell

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 09/05/2007

Printed Name: **Dean Clarino**

WIS

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _8/20/07_                    _Monica Cobian_

**Printed Name: Monica Cobian**

WIS

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

     **I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _8/30/07_

_Christina C_____

Printed Name: _ChRistina E . CRonin_

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.   By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.   For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.


Date: 8/30/07

_____

**Printed Name:** VINCE CRONIN

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8-30-07

Larry Dewane

**Printed Name:** LARRY DEWANE

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8 - 30 - 2007

**Printed Name: Janis Dowdle**

AKA

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9/18/07

**Printed Name: Daniel Fuller**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9/9/07

Printed Name: Kathleen Galloway

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    **I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9-11-07

**Printed Name: Azalia Garcia**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30/2007

**Printed Name: Merrilyn Guerrero**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date _August 30, 2007_

_Dereyna Gutierrez_

**Printed Name:** _DEREYNA GUTIERREZ_

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/29/07

Printed Name: Wanda Hasson

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _8/21/07_

_Roy Hayes_

**Printed Name: Roy Hayes**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8-21-07

**Printed Name: Nathaniel Heard**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: **8/23/07**

*Linda Henshaw*

**Printed Name: Linda Henshaw**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8-30-2007

**Printed Name: Becky Ibbotson**

WIS

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    **I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30

Printed Name: Tammy Ikonen

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.   By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.   For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: Sept 7, 2007

Printed Name: Sharon Insana

WIS

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 08/29/07

Printed Name: Judith James

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30/07

**Printed Name: Kelly Jeckel**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9/9/07

Printed Name: Kimberly J. Johnson

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)


**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.   By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.   For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.


Date: 8-30-07

Printed Name: SUSAN JOHNSON

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30/07

Printed Name: _Roger Knowles_

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30/2007

_Cathi Laughlin_

**Printed Name: Cathi Laughlin**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _August 20, 2007_          _Nancy J. Lawler_

**Printed Name: Nancy Lawler**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: August 30, 07

**Printed Name: Ralph Martinez**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _8-30-07_

Printed Name: _Rosalie Martinez_

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30/07

_Tammy P Marvin_

Printed Name: _Tammy P Marvin_

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8-30-07

Brigitte McFee

**Printed Name: Brigitte McFee**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.   For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _Sept. 8  07_

Printed Name: _Toni Medina_

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9 - 9 -07

Printed Name: Tammy Miles Perez

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9-2-07

_James R Moore_

**Printed Name: James Moore**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30/07

Michele Moore

**Printed Name:** Michele Moore

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 08|30|07

Printed Name: FRANK R. NESG

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8\30\07          Hazel Noll

**Printed Name: Hazel Noll**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8-30-07

Rosa M. Orozco

**Printed Name: Rosa Orozco**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8-30-07

Printed Name: MARY PEREIRA

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 6/21/2007

**Printed Name: Craig Purser**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8-30-07

Sedelia Quintero

**Printed Name:** Sedelia Quintero

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _Aug 30, 2007_     _JOANNE RAVANELLI_

**Printed Name:** _Joanne Ravanelli_

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/29/07                    maria Rivera

**Printed Name: Maria Rivera**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/30/07

Printed Name: Kate Serra

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _8 - 21 - 07_

Printed Name: Kathy Shears

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _8 - 30 - 07_    _Holly Short_

**Printed Name: Holly Short**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.   By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.   For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 08/21/07

**Printed Name: Abbie Shryers**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9-4-2006

**Printed Name: Glen Shryers**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8/20/07

**Printed Name: Roger Shryers**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8|30|07

Printed Name: Johanna Suennen

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _8-30-07_

_Bernard Tate_

**Printed Name:** _Bernard TATe_

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _August 30, 2007_   _Armida A. Taylor_

Printed Name: _Armida A. Taylor_

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    **I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: _Sept 27, 2007_                       _Jose F. Tejeda_

                                  **Printed Name: Jose Tejeda**

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8-21-07

Printed Name: Oscar Vasquez

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc.  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 09/14/07

PATRICIA VASQUEZ

**Printed Name: Patricia Vasquez**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9\20\07

Printed Name: Stacy Walters

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 9/22/07

**Printed Name: Dale Wilbur**

WIS

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THE LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and any other attorneys with whom they may associate.

Date: 8-27-07

Printed Name: Debra Wright

WIS

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I. (a) PLAINTIFFS
Eduardo Chavez and Lynda Dreisbach, individually, and on behalf of a class of others similarly situated,

## DEFENDANTS
WIS Holding Corp. and Washington Inventory Service dba WIS International, a California corporation

**FILED**

'07 OCT -3 AM 11:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Unknown
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Ross Dixon & Bell LLP
550 West B Street, Ste. 400
San Diego, CA 92101

ATTORNEYS (IF KNOWN)

'07 CV 1932 L (NLS)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR
(For Diversity Cases Only)     PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Violation of Fair Labor Standards Act; of Calif. B&P Code Sec. 17200 et seq; Failure to pay straight time and overtime wages and provide rest and meal breaks; Failure to pay compensation due upon termination; and Quantum meruit

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Medical Malpractice | ☐ 625 Drug Related Seizure of | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - Product Liability | Property 21 USC 881 | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Conditions | | | |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions)

JUDGE _____     Docket Number _____

DATE
October 2, 2007

SIGNATURE OF ATTORNEY OF RECORD

Jason Hartley

#14094  $350  pm  10/3/07

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 143094      — KD
* * C O P Y * *
October 03. 2007
09:27:08**

**Civ Fil Non-Pris**
USAO #.: 07CV1932
Judge..: M. JAMES LORENZ
Amount.:
Check#.: BC 37633               $350.00 CK

**Total—>   $350.00**

FROM: CHAVEZ. ET AL V. WIS HOLDING C
       & WSH INV. SVC, ET AL
       CIVIL FILING