Jason S. Hartley CA Bar No. 192514
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 1750
San Diego, CA 92101
*hartley@stuevesiegel.com*
Tel:   619-400-5822
Fax:   619-400-5832

George A. Hanson MO Bar # 43450
(*Pro hac vice*)
Matthew L. Dameron MO Bar # 52093
(*Pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
*hanson@stuevesiegel.com*
*dameron@stuevesiegel.com*
Tel:   816-714-7100
Fax:   816-714-7101

Bradford B. Lear MO Bar # 53204
(*Pro hac vice*)
Todd C. Werts MO Bar # 53288
(*Pro hac vice*)
LEAR WERTS LLP
2003 W. Broadway, Ste.107
Columbia, Missouri 65203
Tel:   573-875-1991
Fax:   573-875-1985

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH BERTE, individually, and on behalf of a class of others similarly situated, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WIS HOLDINGS CORP, a Delaware corporation,<br><br>and<br><br>WASHINGTON INVENTORY SERVICE, d/b/a WIS INTERNATIONAL, a California corporation,<br><br>Defendants. | **Case No. 07 CV 1932 L (NLS)**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT**<br><br>**Date:  March 24, 2014**<br>**Time:  10:30 a.m.**<br>**Courtroom:   5B** |

1  TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on March 24, 2014 at 10:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 5B of the above-entitled Court, before the Honorable James Lorenz, Plaintiffs will move this Court for an order granting their Unopposed Motion for Approval of FLSA Settlement.

Plaintiffs seek Court approval of: (1) the parties' Settlement Agreement; (2) the creation of a Settlement Fund in the amount of $1,840,000; (3) the payment of a $5,000 service award from the Settlement Fund to Joseph Berte in the amount of $5,000; (4) the payment of a $1,000 service award to each of the twenty-six Plaintiffs who participated in depositions; (5) the payment of attorneys' fees from the Settlement Fund in the amount of $460,000; (6) the payment of expenses from the Settlement Fund in the amount of $99,321.30; and (7) the payment of settlement administration expenses from the Settlement Fund.

This Motion is based on this Notice of Motion and Motion, and the corresponding Memorandum of Points and Authorities. This motion is further based on all oral and documentary evidence that may be presented before or at the time of hearing.

Dated: February 6, 2014            Respectfully submitted,

STUEVE SIEGEL HANSON LLP

  /s/ Matthew L. Dameron
George A. Hanson MO Bar # 43450
(*Pro hac vice*)
Matthew L. Dameron MO Bar # 52093
(*Pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816.714.7100
Fax: 816.714.7101

STUEVE SIEGEL HANSON LLP
Jason S. Hartley CA Bar No. 192514
550 West C Street, Suite 610
San Diego, CA 92101
Email: hartley@stuevesiegel.com
Tel: 619.400.5822
Fax: 619.400.5832

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEAR WERTS LLP
Bradford B. Lear MO Bar # 53204
(*Pro hac vice*)
Todd C. Werts MO Bar # 53288
(*Pro hac vice*)
2003 W. Broadway, Ste. 107
Columbia, Missouri 65203
Tel: 573.875.1991
Fax: 573.875.1985

**ATTORNEYS FOR PLAINTIFFS**