# EXHIBIT C

By my signature below, I state under penalty of perjury that I am the person to whom this check is made payable. I understand that I have 180 days to cash this Settlement Check. By cashing this check, I am releasing any claim I might have against WIS International for unpaid wages or overtime pay, liquidated or punitive damages, penalties, attorneys' fees and costs or any other claim for violations of federal or state wage and hour laws, any related wage and hour claim, and all derivative benefit claims (both ERISA and non-ERISA benefits).

_____